THE STATE OF OHIO, APPELLANT, *v.* SULLIVAN, APPELLEE.

[Cite as *State v. Sullivan,* **132 Ohio St.3d 75, 2012-Ohio-1985.**]

*Court of appeals' judgment vacated, and cause remanded for application of*
United States v. Jones.

(Nos. 2011-1870 and 2011-1871—Submitted April 4, 2012—Decided
May 10, 2012.)

APPEAL from and CERTIFIED by the Court of Appeals for Fairfield County,
No. 2010-CA-52, 2011-Ohio-4967.

_____

{¶ 1} The judgment of the court of appeals is vacated, and the cause is
remanded to the court of common pleas for application of *United States v. Jones*,
___ U.S. ___, 132 S.Ct. 945, 181 L.Ed.2d 911 (2012).

O'CONNOR, C.J., and LUNDBERG STRATTON, O'DONNELL, LANZINGER,
CUPP, and MCGEE BROWN, JJ., concur.

PFEIFER, J., dissents.

_____

**PFEIFER, J., dissenting.**

{¶ 2} I would affirm the judgment of the court of appeals on the
authority of *United States v. Jones,* ___ U.S. ___, 132 S.Ct. 945, 181 L.Ed.2d 911
(2012).

_____

Gregg Marx, Fairfield County Prosecuting Attorney, and Jocelyn S. Kelly,
Assistant Prosecuting Attorney, for appellant.

_____